UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARCO PATRICIO ANDRADE LOZANO,

                Petitioner,

    v.

PATRICIA HYDE, *et al.*,

                Respondents.

**ORDER TO SHOW CAUSE**

6:25-CV-06528-MAV

Petitioner Marco Patricio Andrade Lozano ("Petitioner"), an Ecuadorian national, filed the instant petition for a writ of habeas corpus under 28 U.S.C. § 2241 on September 25, 2025, while being held as a civil immigration detainee at the Buffalo Federal Detention Facility.[1] ECF No. 6 at 1–2. Accordingly, the Court has jurisdiction over this matter. *See Rumsfeld v. Padilla*, 542 U.S. 426, 443–47 (2004). Among other requests for relief, Petitioner asks this Court to exercise its authority under 28 U.S.C. § 2243 to issue an Order to Show Cause why the petition should not be granted.

Under 28 U.S.C. § 2243, the Court must "forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted,

---

[1] Petitioner was arrested in Massachusetts by U.S. Immigration and Customs Enforcement ("ICE") and/or other federal agents acting on ICE's behalf on or about September 24, 2025. ECF No. 1 at 1 ¶ 2. He was transferred from Massachusetts to Batavia, New, York, on September 24, 2025. ECF No. 6 at 1–2. Petitioner filed his petition with the United States District Court for the District of Massachusetts on September 25, 2025. ECF No. 1. United States District Judge Richard G. Stearns granted an assented-to motion transferring the petition to this District because Petitioner was in ICE custody in New York at the time he filed the petition. ECF Nos. 6 at 2; 7. Petitioner shall file an Amended Petition naming the proper custodian(s) detaining him as Respondent(s) unless the government stipulates that such amendment is not needed.

1

unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. The statute further provides that the person to whom the order to show cause is directed shall make a return certifying the true cause of the detention within three days, unless good cause warrants additional time. *Id.* Thereafter, "a day shall be set for hearing, not more than five days after the return unless for good cause additional time is allowed." *Id.* The Court finds good cause to very briefly extend these deadlines, in light of the transfer of his case from the District of Massachusetts to the Western District of New York, to afford Petitioner an opportunity to file an Amended Petition naming the proper custodian(s) as Respondents and to secure counsel who is admitted to practice before this Court.

Therefore, IT IS HEREBY ORDERED that if Petitioner's current counsel is not admitted to practice in this District, counsel shall file an application for admission *pro hac vice,* in accordance with W.D.N.Y. Loc. R. Civ. P. 83.1, by 5:00 PM ET on Monday, October 6, 2025, AND/OR otherwise assist Petitioner with securing local counsel by that date and time; and it is further

ORDERED that Petitioner shall file an Amended Petition naming the proper custodian(s) detaining him as Respondent(s) by 5:00 PM ET on Monday, October 6, 2025, unless the government stipulates that such amendment is not needed; and it is further

ORDERED that the Clerk of Court shall forthwith serve a copy of the original petition, ECF No. 1, together with a copy of this Order, electronically via a Notice of

Electronic Filing to the United States Attorney's Office, Western District of New York at USANYW-Immigration-Habeas@usdoj.gov; and it is further

ORDERED that the Clerk of Court shall separately serve a copy of the Amended Petition once filed, electronically via a Notice of Electronic Filing to the United States Attorney's Office, Western District of New York at USANYW-Immigration-Habeas@usdoj.gov without further order from the Court; and it is further

ORDERED that by 5:00 PM ET on Wednesday, October 8, 2025, the putative Respondents show cause why the Petitioner's requested relief pursuant to 28 U.S.C. § 2241 should not be granted; and it is further

ORDERED that Petitioner's reply, if any, shall be filed by 5:00 PM ET on Thursday, October 9, 2025; and it is further

ORDERED that the parties shall appear before this Court, in person, for a hearing on the petition in Courtroom 2 at the Federal Courthouse at 100 State Street in Rochester, New York, on Friday, October 10, 2025, at 10:00 AM ET. In that regard, the Court observes that 28 U.S.C. § 2243 provides that "[u]nless the application for the writ and the return present only issues of law, the person to whom the writ is directed shall be required to produce at the hearing the body of the person detained," as "the person detained may, under oath, deny any of the facts set forth in the return or allege any other material facts." *Id.* Accordingly, to facilitate the expedited resolution of this matter, it is further

3

ORDERED that Respondents refrain from transferring Petitioner out of this District until the Order to Show Cause is resolved.

SO ORDERED.

Dated:      October 2, 2025
            Rochester, New York

HON. MEREDITH A. VACCA
United States District Judge

4